THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE WHITE-HEAD, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted November 19, 1945; decided January 17, 1946.

*Clarence Whitehead*, in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Herman ·N. Harcourt* of counsel), opposed.

Motion dismissed on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.